AO 450 (Rev. 5/99) Judgment in a Civil Case

**FILED**
August 16, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ AM
DEPUTY

# United States District Court
## Western District of Texas

SERVANDO MARTINEZ,
Petitioner,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,
Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   DR-23-CV-0061   AM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

IT IS THEREFORE ORDERED that the Plaintiff's claims asserted in this suit against the Defendant are DISMISSED WITH PREJUDICE as set forth in the Stipulation and in Rule 41(a)(l)(A)(ii). IT IS FURTHER ORDERED that all pending motions, if any, be denied as moot and all future hearing settings in this matter are vacated.

August 16, 2024                               Philip J. Devlin
Date                                          Clerk



                                              _____
                                              (By) Deputy Clerk